| ...ed States District Court<br>...astern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>10-CR-20403 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   **[Yes]**

| **Companion Case Information** | **Companion Case Numbers:**<br>**U.S. v. Karl Kado**<br>08-CR-20418; Hon. Marianne O. Battani<br><br>**U.S. v. James Rosendall, Jr.,**<br>09-CR-20025; Hon. Avern Cohn |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | |
| ■ Yes          ☐ No | **AUSA's Initials:** |

Case Title: USA v.   D-1   **KWAME M. KILPATRICK**
D-2   **BOBBY W. FERGUSON**
D-3   **BERNARD N. KILPATRICK**
D-4   **VICTOR M. MERCADO**

County where offense occurred :      Wayne

Check One:          ■ **Felony**          ☐ **Misdemeanor**          ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:____ ]
__X__**Indictment based upon** LCrR 57.10 (d) *[Complete Superseding section below].*

*FILED 2012 FEB 15 P 3: 50 U.S. DIST. COURT CLERK EAST. DIST. MICHIGAN DETROIT*

**Superseding Case Information**

**Superseding to Case No:** ____10-CR-20403____          **Judge:** __NANCY G. EDMUNDS__
☐          Original case was terminated; no additional charges or defendants.
☐          Corrects errors; no additional charges or defendants.
☐          Involves, for plea purposes, different charges or adds counts.
■          **Embraces same subject matter but adds the additional charges below:**

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| **See attached** | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 15, 2012
Date

R. MICHAEL BULLOTTA
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9507
Michael.Bullotta@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                    10/13/09

## Superseding Case Information

**Superseding to Case No:**   __10-CR-20403__            **Judge:**  __NANCY G. EDMUNDS__

☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
■    **Embraces same subject matter but adds the additional charges below:**

| Defendant name | Charges | Prior Complaint |
|---|---|---|
| D-1   KWAME M. KILPATRICK | Count 12:<br>18 USC §§ 1951 and 2 | N/A |
| D-2   BOBBY W. FERGUSON | Count 12:<br>18 USC §§ 1951 and 2 | N/A |