UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KWAME KILPATRICK, ET AL.,

    Defendants.
    _____/

Case No. 10-20403

Honorable Nancy G. Edmunds

## ORDER REFERRING DEFENDANT KWAME KILPATRICK'S MOTION FOR DISCLOSURE OF JURY WHEEL MATERIALS AND FOR AN EVIDENTIARY HEARING [94] TO CHIEF JUDGE ROSEN PURSUANT TO ADMINISTRATIVE ORDER NO. 00-AO-060

This matter comes before the Court on Defendant Kwame Kilpatrick's motion for disclosure of jury wheel materials and for an evidentiary hearing [94]. In Paragraph 17(a) through (k) of his motion, Defendant seeks a broad array of juror-related information. Pursuant to Administrative Order No. 00-AO-060, Defendant Kwame Kilpatrick's motion is referred to Chief Judge Rosen who has "the responsibility of reviewing and ruling upon the propriety of providing" the requested "additional juror information for good cause shown by the movant."

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: June 7, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 7, 2012, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager