UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                            Case No. 2:10−cr−20403−NGE−MKM
                                                   Hon. Nancy G. Edmunds

Bobby W. Ferguson, et al.,

                  Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Reduce Sentence – #694

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Nancy G. Edmunds *without* oral argument.

Courtesy copies are not required.

Motion will be decided by the briefs unless otherwise ordered by the Court.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/L. Bartlett
                                              Case Manager

Dated:  November 14, 2023