UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No.: 2:10-CR-20403

v                                           Hon. Nancy G. Edmunds

D-2   BOBBY W. FERGUSON, et al.,

       Defendant(s).
_____/

**UNITED STATES' SUPPLEMENTAL RESPONSE TO
DEFENDANT'S MOTION [ECF NO. 703]**

COMES NOW, the United States of America, Plaintiff, pursuant to the Court's March 11, 2025, Order requiring the Government to file a Supplemental Response to the Defendant, Bobby W. Ferguson's, Motion for the Record of and to Modify Restitution Payments filed at ECF No. 702 and 703 (referred to herein as the "Motion") and provides the following Supplement to its Response filed at ECF No. 705 and states:

1. Since the United States filed its Response, Ferguson filed a Reply alleging: (1) the accounting information provided by the Government was neither accurate nor relevant to his Motion; (2) he provided a "financial questionnaire"; (3) he re-raised arguments concerning his restitution amount the Court had previously dismissed. ECF No. 706. In addition, Ferguson requests more detailed account records concerning his restitution

payments and notified the Court and the Government of his intent to file a collateral attack on his judgment. *Id.*, PageID.18975.

2. As noted for the Court, the Government requested updated financial information from Ferguson to assess his payment ability. Requests were made on March 3, 2025, and April 8, 2025. Ferguson did not respond.

3. Since the termination of his supervised release, Ferguson has failed to adhere to even a *de minimis* payment plan or respond to the USAO with updates concerning his current financial condition. His last payment of $200.00 was received on March 11, 2025. No other payments in 2025 have been received. As of May 1, 2025, the Defendant's balance is **$2,619,759.55**.

4. Public records reflect Ferguson is a resident of this district and manages two companies: The Ferguson Group V, LLC, and Detroit Three Dimensional Community Development Corporation. Ferguson has never reported income from either entity to the USAO.

5. Without additional information, the United States recommends the Court order Ferguson to pay **at least $500.00 a month** towards his restitution **beginning June 1, 2025**. Ferguson may provide supporting documentation to demonstrate an inability to pay if he is unable to make such payments.

6. In response to Ferguson's Reply, the United States notes Ferguson did not attach the referenced "Exhibit A financial questionnaire." ECF No. 706, PageID.18972.

7. While the United States' exhibit of Ferguson's payment report included the phrase "with interest," this was a clerical error, and in fact, no interest was ever, or has ever, been added to Ferguson's restitution. Per Ferguson's judgment, the exhibit record reflects the mandatory $900.00 special assessment under 18 U.S.C. § 3013 plus $6,284,000.00 in restitution under 18 U.S.C. § 3663A for a total of $6,284,900.00. ECF No. 683, PageID.18851.

8. As previously outlined, Ferguson has made one $200.00 payment since his last filing, bringing his balance to **$2,619,759.55**. Interest has never been applied to Ferguson's debt. Further, under 18 U.S.C. § 3612(c), payments are applied first to special assessments, second to restitution to all victims, and last to all other fines, penalties, costs, and other payments required under the sentence, including interest. Ferguson would have to pay in full his remaining restitution balance of $2,619,759.55 before the imposition of interest could even be raised as an issue.

9. Ferguson's additional complaints about his payment history, i.e., the lack of detail concerning the source of the payments, are not records usually

kept in the normal course of business. The Attorney General is responsible for the collection of restitution, and the Clerk is the official recordkeeper of payments received. *See* 18 U.S.C. § 3612. Ferguson may request the accounting records from the Clerk, but they are unlikely to be aware of the source of the payments at the level of detail Ferguson demands. Ferguson may ask the USAO specific questions about specific amounts applied to his debt and it will endeavor to answer him, but it is not the official recordkeeper of Ferguson's account.

10. The issue of Ferguson's restitution amount has been determined by this Court. The only outstanding issue is Ferguson's payment of that restitution, which the Government recommends a rate of $500.00 a month until other information is received.

WHEREFORE, the United States respectfully requests the Court to order the Defendant, Bobby Ferguson, to commence monthly restitution payments to the Clerk at a rate of at least $500.00 beginning June 1, 2025.

//

//

//

//

//

        Respectfully submitted,

        JULIE A. BECK
        Acting United States Attorney


        <u>s/ Jessica A. Nathan</u>
        JESSICA A. NATHAN
        Assistant United States Attorney
        TX Bar 24090291
        211 W. Fort St., Ste. 2100
        Detroit, MI 48226
        T: 313-226-9643
        E: Jessica.Nathan@usdoj.gov

# **CERTIFICATE OF SERVICE**

I, Jessica A. Nathan, Assistant United States Attorney for the Eastern District of Michigan, do hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically notice counsel of record.

I further certify that I have mailed the foregoing document, by United States Postal Service, to the following non-CM/ECF participants, utilizing the last known address available to the United States Attorney's Office for the Eastern District of Michigan.

Bobby W. Ferguson
XXXX
Detroit, MI XXXXX
*Defendant-Judgment Debtor*

/s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: jessica.nathan@usdoj.gov
Bar No.: (TX 24090291)

Date: May 1, 2025