UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                        CASE NO. 2:10-cr-20403-NGE-MKM-2

BOBBY W. FERGUSON

        Defendant.

_____/

**APPEARANCE OF COUNSEL**

    The undersigned appears on behalf of the above-captioned Defendant.

                                                      Respectfully submitted,

                                                      /s/Michael J. Sharpe
                                                      Michael J. Sharpe (P37633)
                                                      Attorney for Defendant
                                                      28 West Adams, Suite 1550
                                                      Detroit, MI 48226
                                                      (313) 580-4246

Dated: August 26, 2025